Case: 2:12cv358

Jeremiah Durfee
1250 E 200 S STE 3A
LEHI, UT 84043

No New Address
Information Available

Date  10/22/13

initials  _____

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc: Message-Id:<2658847@utd.uscourts.gov>Subject:Activity in Case 2:12-cv-00358-DB Shumway v. United Recovery Group et al Default Judgment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801) 524-6851.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**US District Court Electronic Case Filing System**

**District of Utah**

**Notice of Electronic Filing**
The following transaction was entered on 10/8/2013 at 2:47 PM MDT and filed on 10/7/2013

**Case Name:** Shumway v. United Recovery Group et al

**Case Number:** 2:12-cv-00358-DB

**Filer:**

**WARNING: CASE CLOSED on 10/07/2013**

**Document Number:** 27

**Docket Text:**
**DEFAULT JUDGMENT against defendants URG LLC, United Recovery Group, Jeremiah Durfee. Because the Defendants offered no explanation for their failure to answer the complaint or otherwise defend themselves, and on the basis of the declaration that was filed by Plaintiffs counsel, the court now grants default judgment against all Defendants jointly and severally in the amount of four thousand four hundred fifty one dollars ($4451.00). This amount represents statutory damages in the amount of one thousand dollars ($1,000.00) under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(k)(a)(2)(A), two thousand eight hundred thirty one dollars ($2,831.00) in attorney fees, and six hundred twenty dollars ($620.00) for court costs. Case Closed. Signed by Judge Dee Benson on 10/7/13. (jlw)**

**2:12-cv-00358-DB Notice has been electronically mailed to:**
Joshua R. Trigsted jtrigsted@attorneysforconsumers.com, jtrigsted@gmail.com, tparrish@attorneysforconsumers.com
**2:12-cv-00358-DB Notice has been delivered by other means to:**
URG LLC
315 S 500 E STE 103
AMERICAN FORK, UT 84003

United Recovery Group
315 S 500 E STE 103
AMERICAN FORK, UT 84003
Jeremiah Durfee
1250 E 200 S STE 3A
LEHI, UT 84043
John Christopher Durfee
3284 MILLCREEK RD
PLEASANT GROVE, UT 84062
Lori L. Durfee
3284 MILLCREEK RD
PLEASANT GROVE, UT 84062

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=10/8/2013] [FileNumber=2658845-0
] [1ff8ddabbe217f6abc3241bf66592b4cf551f2d7062417af9fe2d9024bf80574076
a98ef201d52939b4e9bf4ff6322976e78430f94e1c91cfbd5bb4249cf4b9f]]

FILED
U.S. DISTRICT COURT

2013 OCT -7  ⊃ 2 00

DISTRICT OF UTAH

BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKYLER SHUMWAY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RECOVERY GROUP, INC., URG, LLC, S R L & ASSOCIATES, INC., JEREMIAH DURFEE, JOHN MICHAEL DURFEE, LORI L DURFEE, JOHN CHRISTOPHER DURFEE, JUSTIN DURFEE, BENJAMIN E BROWN, KIM ARMISTEAD,<br><br>Defendants. | **DEFAULT JUDGMENT**<br><br>Case No: 2:12-cv-00358-DB |

Because the Defendants offered no explanation for their failure to answer the complaint or otherwise defend themselves, and on the basis of the declaration that was filed by Plaintiff's counsel, the court now grants default judgment against all Defendants jointly and severally in the amount of four thousand four hundred fifty one dollars ($4,451.00). This amount represents statutory damages in the amount of one thousand dollars ($1,000.00) under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(k)(a)(2)(A), two thousand eight hundred thirty one dollars ($2,831.00) in attorney fees, and six hundred twenty dollars ($620.00) for court costs.

SO ORDERED this  7  day of  October , 2013.

BY THE COURT:

_____
Dee Benson
United States District Judge

1

United States District Court
District of Utah

Office of the Clerk
United States Courthouse

350 South Main Street
Salt Lake City, Utah
84101-2180

Official Business

NIXIE       841  5C 1009        0010/19/13
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 84101210699        *1736-06795-09-40