Case: 2:12cv358

Jeremiah Durfee
1250 E 200 S STE 3A
LEHI, UT 84043

No New Address
Information Available

Date 10/31/13

Initials  M

------------------------------------------------------------

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc: Message-Id:<2656291@utd.uscourts.gov>Subject:Activity in Case 2:12-cv-00358-DB Shumway v. United Recovery Group et al Default Judgment Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801) 524-6851.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

US District Court Electronic Case Filing System

District of Utah

Notice of Electronic Filing

The following transaction was entered on 10/4/2013 at 1:22 PM MDT and filed on 10/1/2013

**Case Name:** Shumway v. United Recovery Group et al

**Case Number:** 2:12-cv-00358-DB

**Filer:**

**Document Number:** 26

Docket Text:
DEFAULT JUDGMENT against John Michael Durfee, Lori L. Durfee. Signed by Judge Dee Benson on 10/1/13. (Attachments: # (1) Default Judgment - John Durfee)(jlw)

2:12-cv-00358-DB Notice has been electronically mailed to:
Joshua R. Trigsted jtrigsted@attorneysforconsumers.com, jtrigsted@gmail.com, tparrish@attorneysforconsumers.com

2:12-cv-00358-DB Notice has been delivered by other means to:
URG LLC
315 S 500 E STE 103
AMERICAN FORK, UT 84003
United Recovery Group
315 S 500 E STE 103
AMERICAN FORK, UT 84003
Jeremiah Durfee
1250 E 200 S STE 3A
LEHI, UT 84043
John Christopher Durfee
3284 MILLCREEK RD
PLEASANT GROVE, UT 84062

Lori L. Durfee
3284 MILLCREEK RD
PLEASANT GROVE, UT 84062

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=10/4/2013] [FileNumber=2656289-0
] [029a014e3c11c08263d48c60b68f6a33249fb86ce5db81ed83734cbc5d5d19a8ff7
587eebfa6e4b356d7be4c2657081d51b7f4f2b2485f7c8b6ebbdb0389862c]]
**Document description:** Default Judgment - John Durfee
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=10/4/2013] [FileNumber=2656289-1
] [b739d95cf1d6c4bd29245b548f2b3831e51083170ad44df64594896dfc7232f3a5b
b7c9baa72115fdcec260ea07c1544446d1efab03518c44f3511af0dad44a6]]

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

OCT 01 2013

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKYLER SHUMWAY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RECOVERY GROUP, INC., URG, LLC, S R L & ASSOCIATES, INC., JEREMIAH DURFEE, JOHN MICHAEL DURFEE, LORI L DURFEE, JOHN CHRISTOPHER DURFEE, JUSTIN DURFEE, BENJAMIN E BROWN, KIM ARMISTEAD,<br><br>Defendants. | [proposed] DEFAULT JUDGMENT AGAINST DEFENDANT LORI L. DURFEE<br><br>Case No: 2:12-cv-00358-DB |

Because the Defendant, Lori L. Durfee, offered no explanation for her failure to answer the complaint or otherwise defend herself in the above-captioned matter, the court entered default against the defendant on February 12, 2013. On the basis of the declaration that was filed by Plaintiff's counsel, the court now grants default judgment against Lori L. Durfee in the amount of four thousand four hundred fifty one dollars ($4,451.00). This amount represents statutory damages in the amount of one thousand dollars ($1,000.00) under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(k)(a)(2)(A), two thousand eight hundred thirty one dollars ($2,831.00) in attorney fees, and six hundred twenty dollars ($620.00) for court costs.

SO ORDERED this __1__ day of __Oct__, 2013.

BY THE COURT:

_Dee Benson_
United States District Judge

1

**United States District Court**
**District of Utah**

Office of the Clerk
United States Courthouse
350 South Main Street
Salt Lake City, Utah
84101-2180

Official Business

ATTEMPTED NOT KNOWN
RETURN TO SENDER

9405 7246 5513

Hasler
10/21/2013
US POSTAGE
$00.46
FIRST-CLASS MAIL
ZIP 84101
011D11628168